# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                             Plaintiff,<br>v.<br>CASH CAPITAL, LLC, et al.,<br>                            Defendants. | Case No.: 3:17-cv-01536-L-AGS<br><br>**ORDER GRANTING DEFENDANTS' COUNSEL'S EX PARTE MOTION [Doc. 31] TO WITHDRAW** |

      Pending before the Court is Defendants' attorneys' ("Counsel") motion to withdraw as counsel. Counsel seeks to withdraw from this litigation because Defendants have been uncooperative in the defense and ceased paying for Counsel's services. Plaintiff, the Securities and Exchange Commission ("SEC"), does not oppose Counsel's request. In compliance with Civil Local Rule 83.3, Counsel has filed a declaration indicating they served this motion upon their clients and the SEC. For good cause shown, the Court **GRANTS** Counsel's motion. Counsel shall serve a copy of this order on Defendants and file a proof of service no later than July 25, 2018. Effective upon the filing of proof of service, Counsel may cease representing Defendants.

      Because Defendants Cash Capital LLC and America's Strategic Ore Properties, LLC are not natural persons, Civil Local Rule 83.3(j) applies. It provides that "[o]nly

1

natural persons representing their individual interests in propria persona may appear in court without representation by an attorney . . .. All other parties, including corporations, partnerships and other legal entities, may appear in court only through an attorney admitted to practice pursuant to Civil Local Rule 83.3." Civ. L.R. 83.3(j); *see also U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Should the corporate Defendants wish to enter appearance of new counsel, they must do so within twenty one days of the entry of this order. Default shall be entered against any of the corporate defendants who fail to timely enter appearance of new counsel. *See High Country Broadcasting Co.*, 3 F.3d at 1245.

**IT IS SO ORDERED.**

Dated: July 23, 2018

_____
Hon. M. James Lorenz
United States District Judge

2

3:17-cv-01536-L-AGS