UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITEIS AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>v.<br><br>CASH CAPITAL, LLC, AMERICA'S STRATEGIC ORE PROPETIES, LLC, and ROBERT W. WILSON,<br><br>         Defendants. | Case No.: 17-cv-1536-L-AGS<br><br>**ORDER GRANTING JOINT MOTION FOR FINAL JUDGMENTS AS TO ALL DEFENDANTS [ECF NO. 47]** |

  Good cause appearing, the Plaintiff's Joint Motion for Final Judgments as to all Defendants is **GRANTED**. The Court shall enter the final judgments under separate cover.

Dated: April 25, 2019

                 _____
                 Hon. M. James Lorenz
                 United States District Judge